UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Javier Salgado-Fuentes,                                              Civil No. 13-2814 (JNE/JJK)

      Plaintiff,

      v.                                                                        ORDER

Great Southern Bank, Mortgage
Electronic Registration Systems, Inc.,
And MERSCORP, Inc.

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on February 19, 2014. The magistrate judge recommended that this matter be dismissed with prejudice. Plaintiff did not object. The Court has reviewed the record and adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 20, 2014

                                                                           s/Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          United States District Judge